**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN GAINES, | Case No. ED CV 18-2117-JVS(E) |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE** |
| DEAN BORDERS, et al., | |
| Defendant(s). | |

On March 14, 2019, the Court denied plaintiff's request to file this action without prepayment of the filing fees, but granted plaintiff leave to amend. The Court ordered plaintiff to pay the filing fees in full within 30 days and advised him that failure to do so would result in closure of the case. Plaintiff has failed to pay the fees or otherwise respond. Accordingly, the Request to Proceed without Prepayment of Filing Fees is denied and the case is closed.

IT IS SO ORDERED.

Dated: April 22, 2019

James V. Selna
United States District Judge